UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER, <br><br>             Plaintiff, <br><br> v. <br><br> RIKE INTERNATIONAL INC., a California Corporation; and Does 1-10, <br><br>             Defendant. | Case No. CV 20-00100-AB (Ex) <br><br> **ORDER DISMISSING CIVIL ACTION** |

      THE COURT having been advised by counsel that the above-entitled action has been settled;

      IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: March 11, 2020

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE